IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MURRAY REHRS,                         )
                                      )
             Plaintiff,               )          4:05CV3014
                                      )
        v.                            )
                                      )
THE IAMS COMPANY and PROCTOR          )              ORDER
AND GAMBLE, INC.,                     )
                                      )
             Defendants.              )
_____  )

IT IS ORDERED:

Plaintiff's motion for time, filing 27, is granted and

1. Jury trial is continued to 9:00 a.m., November 14, 2005 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Becker v. UPRR, 4:03cv3372 and Western Plains v. Jividen, 4:04cv3336.  Jury selection will be held at commencement of trial.

2.  The pretrial conference will be held October 27, 2005 at 11:00 a.m. before the undersigned magistrate judge.

3.  The deposition deadline is continued to October 13, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4.  All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 19th day of July, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge