```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MURRAY REHRS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3014 |
| | ) | |
| v. | ) | |
| | ) | |
| THE IAMS COMPANY and PROCTOR AND GAMBLE, INC., | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Defendants' motion for protective order, filing 36, is denied as moot. See the parties' joint stipulation and proposed protective order, filing #54, which is granted and will be entered by separate order.

2. The parties' joint motion for continuance, filing 53, is granted and,

>   a. Jury trial is continued to 9:00 a.m., February 21, 2006 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Picketpin v. Burlington Northern</u>, 4:05cv3019. Jury selection will be held at commencement of trial.

>   b. The pretrial conference will be held January 17, 2006 at 10:00 a.m. before the undersigned magistrate judge.

>   c. The deposition deadline is continued to January 3, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

>   d. All other provisions of the court's order setting this case for trial shall remain in effect.

3. Defendants' motion to extend deadlines, filing 43, is denied as moot.

DATED this 27th day of September, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge