IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MURRAY REHRS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3014 |
| | ) | |
| v. | ) | |
| | ) | |
| THE IAMS COMPANY and | ) | ORDER |
| PROCTOR AND GAMBLE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendants' motion to alter date, filing 61, is granted and the deadline for filing summary judgment motions is extended to December 16, 2005.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge