```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

MURRAY REHRS,                    )
                                 )
              Plaintiff,         )        4:05CV3014
                                 )
        v.                       )
                                 )
THE IAMS COMPANY and PROCTOR     )        ORDER
AND GAMBLE, INC.,                )
                                 )
              Defendants.        )
                                 )
```

   IT IS ORDERED:

   Plaintiff's motion, filing 69, is granted and the trial deposition of Michael Pace, M.D. may be taken after the close of the deposition deadline.

   DATED this 3rd day of January, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge