IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MURRAY REHRS,                          )
                                       )
            Plaintiff,                 )              4:05CV3014
                                       )
       v.                              )
                                       )
THE IAMS COMPANY and PROCTOR           )              ORDER
AND GAMBLE, INC.,                      )
                                       )
            Defendants.                )
_____    )


       IT IS ORDERED:

       1.  The parties' joint motion to continue, filing 83, is
granted, and

            a.  The pretrial conference is continued to February 9,
            2006 at 10:00 a.m. before the undersigned.

            b.  Trial is continued to 9:00 a.m., February 27, 2006,
            before the Honorable Richard G. Kopf.  Jury selection
            will be held at commencement of trial.

       2.  Defendants' unopposed motion to take depositions, filing
84, is granted and the depositions of Randy Peard and Bill Rudy
may be taken prior to the pretrial conference.

       DATED this 17th day of January, 2006.

                              BY THE COURT:

                              s/ David L. Piester

                              David L. Piester
                              United States Magistrate Judge