```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

MURRAY REHRS,                      )
                                   )
               Plaintiff,          )         4:05CV3014
                                   )
          v.                       )
                                   )
THE IAMS COMPANY and PROCTOR       )         ORDER
AND GAMBLE, INC.,                  )
                                   )
               Defendants.         )
                                   )
```

   IT IS ORDERED:

   Plaintiff's motion, filing 106, to eliminate public access to filing 101, is granted and the clerk is directed to remove filing number 101 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

   DATED this 9th day of February, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge